**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ASHLEY N. KING,** | ) | **Chapter 7** |
| | ) | **Case No. 24-50304** |
| **Debtor.** | ) | |
| | ) | |
| **vs.** | ) | **AP No. 24-5024** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF EDUCATION, *ET AL.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**STIPULATION FOR ENTRY OF AGREED FINAL JUDGMENT ON ADVERSARY COMPLAINT**

Plaintiff Ashley N. King ("Plaintiff"), and the United States Department of Education ("DOE"), by and through their respective counsel, agree as follows:

1. DOE holds claims against Plaintiff totaling the amount of approximately $39,829.87, including unpaid principal of $33,078.40 and unpaid accrued interest of $6,751.47, as of October 22, 2025, incurred through educational loan disbursements (the "Student Loans"). These Student Loans held by DOE, as set forth in the Certificate of Indebtedness (COI), attached herein as Exhibit 1, are agreed to be discharged.

2. The Student Loans are dischargeable as to Plaintiff pursuant to 11 U.S.C. § 523(a)(8), as the repayment of the Student Loans will impose an undue hardship on Plaintiff.

3. Plaintiff and Defendant DOE agree to the entry of an agreed final judgment substantially in the form attached hereto (i) determining the Student Loans to be dischargeable and (ii) closing the above-captioned adversary proceeding.

WHEREFORE, the Parties pray that the Court will enter the Agreed Order tendered with this motion.

**HAVING SEEN AND AGREED**:

/s/ John M. Simms (w/permission)
John M. Simms
jms@ask-law.com
Atkinson, Simms & Kermode, PLLC
1608 Harrodsburg Rd.
Lexington, KY 40504
*Counsel for Plaintiff*

*/s/* Callie R. Owen
Callie R. Owen
Callie.R.Owen@usdoj.gov
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671
*Counsel for United States of America, Department of Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in this case.

/s/ Callie R. Owen
Assistant United States Attorney

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ASHLEY N. KING,** | ) | **Chapter 7** |
| | ) | **Case No. 24-50304** |
| **Debtor.** | ) | |
| | ) | |
| **vs.** | ) | **AP No. 24-5024** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF EDUCATION, *ET AL.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**AGREED FINAL JUDGMENT DETERMINING STUDENT LOAN DEBT DISCHARGEABLE**

This matter having come before the Court upon the parties' Stipulation for Entry of an Agreed Final Judgment on Adversary Complaint, and having considered said Stipulation and being otherwise sufficiently advised, it is

**ORDERED AND ADJUDGED** that:

1. The Stipulation entered into between Plaintiff Ashley N. King ("Plaintiff"), and Defendant U.S. Department of Education is hereby approved.
2. Plaintiff's student loan obligations to the U.S. Department of Education, set forth in the attached Certificate of Indebtedness (COI), totaling approximately $39,829.87,

including unpaid principal of $33,078.40 and unpaid accrued interest of $6,751.47, are deemed dischargeable and are DISCHARGED.

3. Each party agrees to bear their own fees and costs of this litigation.
4. This adversary proceeding shall be closed as all issues are settled or rendered moot.
5. Jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Douglas L Lutz***
**Bankruptcy Judge**
**Dated: Tuesday, October 28, 2025**
**(dll)**

**SUBMITTED BY**:

/s/ John M. Simms w/permission)
John M. Simms
jms@ask-law.com
Atkinson, Simms & Kermode, PLLC
1608 Harrodsburg Rd.
Lexington, KY 40504
*Counsel for Plaintiff*

*/s/* Callie R. Owen
Callie R. Owen
Callie.R.Owen@usdoj.gov
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671
*Counsel for United States of America, Department of Education*